IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:21-cv-00074-MR

| | |
|---|---|
| MAURICE CORNELIUS BLACKBURN, JR., ) ) Plaintiff, ) ) vs. ) ) NICHOLAS P. TEAGUE, et al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983 based on incidents that allegedly occurred at the Alexander Correctional Institution. The Amended Complaint survived initial review against Defendants Nicholas P. Teague, Rena M. Deal, and Shannon G. Smith. [Docs. 11, 12]. The Court accepted the Defendants' service waivers as timely and their answers were due on February 25, 2022. [Doc. 17]. The Defendants moved for an extension of time, which was granted until April 26, 2022. [Doc. 19]. To date, the Defendants have not answered the Amended Complaint, and the Plaintiff has not taken any further action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case against Defendants Nicholas P. Teague, Rena M. Deal, and Shannon G. Smith within fourteen (14) days of this Order. Failure to take any such further action shall result in dismissal of this action without prejudice and without further notice.

**IT IS SO ORDERED**.

Signed: May 5, 2022

Martin Reidinger
Chief United States District Judge