# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Maurice Cornelius Blackburn Jr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00074-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Nicholas P. Teague, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2023 Order.

January 4, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court